**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RESIDENTS ENERGY, LLC and HI TECH GLOBAL SOLUTIONS LLC<br><br>Defendants. | Case No. 2:20-cv-05783 |

**NOTICE OF DISMISSAL WITH PREJUDICE**

The plaintiffs file this Notice of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on this 29th day of April, 2021 on all counsel of record via the Court's CM/ECF system.

*/s/ Anthony I. Paronich*
Anthony I. Paronich